MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorney for Defendant
Douglas Vanhorne

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS VANHORNE<br><br>    Defendant. | Case No.: 2:13 CR 186 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 30, 2013 |

    Defendant Douglas Vanhorne, by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Paul Hemesath, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, June 18, 2013 at 9:45 a.m. to Tuesday, July 30, 2013 at 9:45 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

    Counsel for the defense and Government have been actively involved in attempting to resolve the case. This is the matters first setting on calendar in the District

1

Court.  In order to resolve the matter, additional time is required for both sides to complete investigation and finalize negotiations.

Dated: June 17, 2013                    The CHASTAINE LAW OFFICE

                                        By: ____/s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Douglas Vanhorne

Dated: June 17, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: ___/s/ Paul Hemesath
                                            PAUL HEMESATH
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference as to defendant Douglas Vanhorne scheduled for Tuesday, June 18, 2013 at 9:45 a.m. be continued to Tuesday, July 30, 2013 at 9:45 a.m. and that the period from June 18, 2013 to July 30, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant(s) in a speedy trial.

Dated:  6/17/2013                       /s/ John A. Mendez_____
                                        HONORABLE JOHN A. MENDEZ
                                        District Judge
                                        United States District Court